UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                             00-Cr-1219 (SHS)

ZEYAD AWWAD,                                                    ORDER

Defendant(s).

------------------------------------------------------------------X

SIDNEY H. STEIN, United States District Judge:

   IT IS HEREBY ORDERED that there will be a conference regarding the violation of supervised release on November 2, 2022, at 2:30 p.m., in Courtroom 23A.

Dated: New York, New York
       October 26, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.