UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :         00-Cr-1219 (SHS)

         -v-                                 :         ORDER

ZEYAD AWWAD,                                 :

                  Defendant.                 :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

         IT IS HEREBY ORDERED that the U.S. Marshal is directed to return defendant's
passport to him.

Dated: New York, New York
         November 1, 2022

                                             SO ORDERED:

                                             Sidney H. Stein, U.S.D.J.