UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                :        00-Cr. 1219 (SHS)

      -v-                                                        :        CONSENT TO PROCEED BY
                                                                                                             VIDEOCONFERENCE OR
Zeyad Awwad                            ,       :        TELECONFERENCE

                Defendant.             :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant **Zeyad Awwad** hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

    \_\_\_\_ Initial Appearance/Appointment of Counsel

    \_\_\_\_ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

    \_\_\_\_ Preliminary Hearing on Felony Complaint

    \_\_\_\_ Bail/Revocation/Detention Hearing

    **X**\_\_\_ Status and/or Scheduling Conference

    \_\_\_\_ Misdemeanor Plea/Trial/Sentence


_AW pp Zeyad Awwad_                                    _Ariel Werner_
Defendant's Signature (Judge may obtain                Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant


**Zeyad Awwad**                                        **Ariel Werner**
Print Defendant's Name                                 Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

                                                                                  _/s/ Sidney H. Stein_

11/1/2022                                              Sidney H. Stein, U.S.D.J.
Date